# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155479(25)

KIMBERLY RABURN,
　　　　　Plaintiff-Appellee,

v

TERRY KIMBERG, CRNA,
　　　　　Defendant-Appellant,
and

UNKNOWN ANESTHESIOLOGIST,
EMMA L. BIXBY HOSPITAL, and
PROMEDICA HEALTH SYSTEMS, INC.,
　　　　　Defendants.
_____/

SC: 155479
COA: 335415
Lenawee CC: 15-005310-NH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 29, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017

Clerk